CASES DISMISSED BY THE SUPREME COURT WITHOUT WRITTEN OPINIONS DURING THE JANUARY TERM, A. D. 1922.

F. C. Snell, Appellant, v. W. T. Lynch, Appellee.

An Appeal from the Circuit Court for the County of Dade.

Appeal dismisssed on motion of counsel for appellee.

*G. A. Worley & Son,* for Appellant;

*Atkinson, Evans & Mershon,* for Appellee.

---

B. Robinson, Appellant, v. D. G. Easley, Appellee.

An Appeal from the Circuit Court for Okaloosa county.

Appeal dismissed on motion of counsel for Appellee.

*W. J. Rice,* for Appellant;

*T. R. James,* for Appellee.

---

The Town of Delray, Plaintiff in Error, v. Lot L. Smith et al., Defendants in Error.

A Writ of Error to the Circuit Court for Palm Beach County.